UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE TROWBRIDGE, individually and as Next Friend of LESLIE ANN TROWBRIDGE,

    Plaintiff,

v.

COUNTY OF EATON, et al.,

    Defendants.
_____/

File no: 1:05-CV-770

HON. ROBERT HOLMES BELL

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that defendants' motion to dismiss (docket #18) is hereby **GRANTED** on the grounds of absolute and qualified immunity with regard to all federal claims.

IT IS FURTHER ORDERED that plaintiff's state-law claims are **REMANDED** to the Eaton County Circuit Court for further proceedings.

Date:   July 14, 2006              /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          CHIEF UNITED STATES DISTRICT JUDGE